Rev. 11/97 **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ANTOINE LAMONT JOHNSON,<br>aka "OK" | DOCKET NO.<br>05-920<br><br>MAGISTRATE'S CASE NO.<br>05-  | |

Complaint for violations of Title 18, United States Code, Sections 1951 and 924(c)

| NAME OF MAGISTRATE JUDGE<br><br>HON. SUZANNE H. SEGAL | UNITED STATES MAGISTRATE JUDGE | LOCATION<br><br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br><br>March 1, 2004 | PLACE OF OFFENSE<br><br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**See ATTACHMENT**

FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2005
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>DANA COOK |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT – ATF |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br>May 19, 2005 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
GH/ERY:gh/ery        REC: DETENTION (warrant)

MAY 19 2005

ORIGINAL

### COUNT ONE
### [18 U.S.C. § 1951]

On or about March 1, 2004, in Los Angeles County, within the Central District of California, defendant ANTOINE LAMONT JOHNSON, aka "OK," and others known and unknown, knowingly and willfully conspired and agreed with each other to obstruct, delay, and affect commerce and the movement of any article and commodity in commerce by committing the robbery of an armored truck, in violation of Title 18, United States Code, Section 1951(a).

### COUNT TWO
### [18 U.S.C. § 1951]

On or about March 1, 2004, in Los Angeles County, within the Central District of California, defendant ANTOINE LAMONT JOHNSON, aka "OK," and others known and unknown, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, in that defendant unlawfully took and obtained personal property consisting of money from the person and in the presence of another, against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and the person of other individuals in his company at the time of the taking or obtaining.

### COUNT THREE
### [18 U.S.C. § 924(c)]

On or about March 1, 2004, in Los Angeles County, within the Central District of California, defendant ANTOINE LAMONT JOHNSON, aka "OK," and others known and unknown, knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence, namely, the robbery of an Armored Transport Systems armored truck, in front of the Bank of America, located at 8701 South Wester Avenue, in Los Angeles, California.

A F F I D A V I T

I, DANA R. COOK, being duly sworn, hereby depose and say:

1.   I am a Special Agent ("SA") with the United States Justice Department's Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed for approximately four and one half years.  During this time, I have investigated violations of the federal firearms, arson, explosives, narcotics, and racketeering laws, as well as violations of state firearms and narcotic laws. I have assisted in the execution of approximately 50 state and federal search warrants.  I have also conducted surveillance of individuals committing crimes of violence and trafficking in firearms and illegal narcotic substances, and of prohibited persons in possession of firearms and persons possessing illegal firearms.  I have also interviewed confidential informants, cooperating witnesses, criminal defendants and other persons engaged in violations of the federal racketeering, firearms and narcotics laws.  I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2.   This affidavit is made in support of a criminal complaint and arrest warrant charging ANTOINE LAMONT JOHNSON,

aka "OK," with conspiracy to interfere with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a); interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a); and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other experienced law enforcement officers and witnesses. This affidavit is made for the sole purpose of demonstrating probable cause for the issuance of the requested complaint and warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

PROBABLE CAUSE

4. During the past year, I have reviewed numerous reports and spoken with ATF SA Michael Halualani and detectives from the Los Angeles Police Department's ("LAPD") Robbery/Homicide Division ("RHD"). Based upon these conversations and my review of the reports, I have learned the following:

5. On March 1, 2004, several black males armed with firearms robbed an AT Systems armored truck as it attempted to make a delivery of cash to the Bank of America branch located at 8701 South Western Avenue, Los Angeles, California. During the course of the robbery, the robbers fired their weapons and shot

and killed one of the armored truck guards.  The robbers took several hundred thousand dollars from the armored truck and fled.

      6.    One of the witnesses to the crime observed that one of the robbers firing a gun at the truck and its guard appeared to be wearing a red, green, and yellow hat with long dreadlocks.  Officers later recovered a Rastafarian wig with long dreadlocks from the area near the bank where the robbers fled.

      7.    Several samples of human hair with the root attached were recovered from the wig.

      8.    On May 12, 2005, SA Halualani spoke with LAPD RHD Detective Maria Tomes.  SA Halualani has told me that Detective Tomes informed him of the following:

          a.    On March 18, 2005, she presented a search warrant and affidavit to the Honorable Larry P. Fidler, Judge of the Superior Court of the State of California for the County of Los Angeles, requesting a warrant to obtain samples of Deoxyribonucleic Acid ("DNA") through blood and/or saliva samples from JOHNSON.

          b.    After reviewing the search warrant and affidavit, Judge Fidler found there to be probable cause and issued the search warrant to obtain DNA samples through the blood and/or saliva samples from JOHNSON.

          c.    On March 18, 2005, Detective Tomes obtained a saliva sample from JOHNSON at the Los Angeles County Men's Central Jail in Los Angeles, California.

9.  On or about May 17, 2005, I reviewed a copy of a "Los Angeles Police Department ANALYZED EVIDENCE REPORT", dated April 28, 2005, which stated the following:

   a.  On or about April 4, 2005, M. Mastrocovo, a Criminalist with the Los Angeles Police Department, compared the sample of DNA retrieved from JOHNSON to the DNA samples found in the human hair recovered from the wig at the scene of the armored truck robbery/murder.  According to the report, the combination of genetic marker types exhibited by the hair sample recovered from the wig occurs in approximately one (1) in one hundred quadrillion ($10^{17}$) unrelated individuals.

   b.  After comparing the samples of DNA, it was the opinion of Criminalist Mastrocovo that JOHNSON'S DNA matches the DNA profile obtained from the wig at the scene of the armored truck robbery/murder.

10.  AT Systems is the third-largest armored transport company in the nation and transports cash, valuables, and information to and from banks, ATMs, and commercial businesses. AT Systems operates in California, Arizona, Nevada, Oregon, Washington, Utah, Idaho, Colorado, Texas, Illinois, Indiana, Kentucky, Michigan, Minnesota, Ohio, Tennessee, Wisconsin, Connecticut, Delaware, Florida, Pennsylvania, Georgia, Massachusetts, Maryland, North Carolina, New Jersey, South Carolina, Virginia, and Vermont.  The robbery of several hundred thousand dollars belonging to banks and businesses served by

AT Systems thus had at least a de minimis impact on interstate commerce.

11. I have reviewed certified conviction documents showing that JOHNSON was convicted of possession of a concealed firearm, in violation of California Penal Code Section 12025(A), a felony, on or about May 2, 2002, in Los Angeles Superior Court, Case Number BA229589. JOHNSON was sentenced to three years probation for that crime.

CONCLUSION

12. Based upon the aforementioned facts, I believe there is probable cause to believe that on March 1, 2004, ANTOINE LAMONT JOHNSON, aka "OK," conspired to commit, and committed, the armed robbery of an AT Systems armored truck and the murder of one of its guards in violation of Title 18, United States Code, Sections 1951 (a) and 924(c).

DANA R. COOK
Special Agent - ATF

Subscribed and sworn to before me this the 19 day of May, 2005.

UNITED STATES MAGISTRATE JUDGE

5