GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Section
KAREN I. MEYER (Cal. Bar No. 220554)
ELIZABETH R. YANG (Cal. Bar No. 196461)
Assistant United States Attorneys
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559/1785
     Facsimile: (213) 894-3713
     e-mail:   kim.meyer@usdoj.gov
               elizabeth.yang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL DENNIS WILLIAMS and ANTOINE LAMONT JOHNSON, <br><br> Defendants. | No. CR 05-920(A)-RSWL <br><br> **GOVERNMENT'S NOTICE RE: INTENT TO INTRODUCE BUSINESS RECORDS PURSUANT TO THE SELF-AUTHENTICATION PROVISIONS OF FED. R. EVID. 902(11); EXHIBIT** <br><br> Trial Date: January 25, 2010 <br> Trial Time: 9:00 a.m. <br><br> Courtroom of the Honorable <br> Ronald S.W. Lew |

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorneys Karen I. Meyer and Elizabeth R. Yang, hereby gives notice of its intent

///
///
///
///

to offer into evidence business records pursuant to the procedures of Fed. R. Evid. 902(11) and 803(6).

The government reserves the right to supplement this notice as to additional business records.

DATED: October 16, 2009        Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
KAREN I. MEYER
ELIZABETH R. YANG
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**NOTICE OF INTENT TO INTRODUCE BUSINESS DOCUMENTS**

The Federal Rules of Evidence provide that business records may be admitted into evidence without a live witness if they are accompanied by a written declaration from a custodian of the records certifying that the records were made in accordance with the requirements of Rule 803(6) of the Federal Rules of Evidence. See <u>Securities Exchange Commission v. Franklin</u>, 348 F.Supp.2d 1159 (S.D. Cal. 2004); Fed. R. Evid. 803(6), 902(11).

Specifically, amended Rule 902 of the Federal Rules of Evidence provides in pertinent part:

> 902  Self Authentication:  Extrinsic evidence of authenticity as a condition precedent to admissibility is **not required** with respect to the following:
> . . .
> (11) The **original or a duplicate of a domestic record of regularly conducted activity** that would be admissible under Rule 803(6) **if accompanied** by a written **declaration** of its custodian or other qualified person . . . **certifying** that the record–
> (A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
> (B) was kept in the course of the regularly conducted activity; and
> (C) was made by the regularly conducted activity as a regular practice.
>
> A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Fed. R. Evid. 902(11) (emphasis added).

In this case, the set of business records the government seeks to admit has been reviewed by its custodian of records. The custodian has signed a sworn declaration that meets the requirements of Rules 803(6) and 902(11).  The business records

1 and the declaration have been produced to counsel for defendants.
2 The government hereby gives notice of its intent to introduce
3 those documents at trial.  Attached hereto at Appendix A is a
4 list of certain business records that the government intends to
5 introduce pursuant to Rules 803(6) and 902(11), along with the
6 custodian of records declaration for those documents attached as
7 Exhibit 1.

8    The government respectfully requests that the Court permit
9 the admission at trial of the documents referenced in Appendix A
10 pursuant to Rules 803(6) and 902(11).

12 DATED: October 16, 2009          Respectfully submitted,

13                                  GEORGE S. CARDONA
                                    Acting United States Attorney
14
                                    CHRISTINE C. EWELL
15                                  Assistant United States Attorney
                                    Chief, Criminal Division
16
                                    _____/s/_____
17                                  KAREN I. MEYER
                                    ELIZABETH R. YANG
18                                  Assistant United States Attorneys

19                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**APPENDIX A**

The government has identified, given notice, and produced copies of the following business records under declaration:

1. Sacramento County Sheriff's Department Inmate Movements History for Michael Dennis Williams and Cooperating Witness 2 (previously produced at Bates Numbers 27007 through 27023)[1] (declaration of Marsha Howard) (attached hereto as Exhibit 1).

---

[1] The documents produced to the defense contained limited redactions of the cooperating witness's name for safety reasons. Unredacted copies are, however, available for defense review. The government intends to offer the unredacted documents at trial.

3