ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER   (Cal. Bar No. 220554)
ELIZABETH R. YANG   (Cal. Bar No. 196461)
Assistant United States Attorneys
Violent & Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559/1785
     Facsimile: (213) 894-3713
     E-mail:   kim.meyer@usdoj.gov
               elizabeth.yang@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-920(A)-RSWL |
|---|---|
| Plaintiff, | ) GOVERNMENT'S EXHIBITS A - CC |
| v. | ) |
| ANTOINE LAMONT JOHNSON, | ) |
| Defendant. | ) |

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Transcript of Testimony of LAPD Detective Daniel Jaramillo on March 4, 2010. |
| B | Transcript of Argument on March 4, 2010. |
| C | Transcript of the Government's Closing Arguments on March 5, 2010. |
| D | Transcript of Testimony of Henry Perry on February 10, 2010. |
| E | Transcript of Testimony of LAPD Detective Maria Tomes on March 4, 2010. |
| F | Transcript of Testimony of Damon Duncombe on March 3, 2010. |

| EXHIBIT | DESCRIPTION |
|---|---|
| G | Photo Identification Report and Six-Pack (Gov't Ex. 11). |
| H | Transcript of the Testimony of Raiji Gaines on February 11, 2010. |
| I | Transcript of Post-Closing Arguments on March 5, 2010. |
| J | Report and Agent Notes of LAPD Detective Joseph O'Donnell and FBI Special Agent Steve May re: May 3, 2004 meeting with Veronica Burgess. |
| K | Transcript of Testimony of LAPD Detective Joseph O'Donnell on February 25, 2010. |
| L | Photographic Six-Pack of Defendant Antoine Johnson (Gov't Ex. 188). |
| M | Letter to defense counsel, dated May 21, 2009. |
| N | Declaration of Joseph O'Donnell, dated August 31, 2009. |
| O | Declaration of Steve May, dated August 31, 2009. |
| P | Transcript of Testimony of ATF Special Agent Michael Halualani on February 25, 2010. |
| Q | Letter to defense counsel, dated October 10, 2008. |
| R | Transcript of Testimony of LAPD Detective Joseph O'Donnell on February 26, 2010. |
| S | Transcript of Testimony of LAPD Detective Juan Guerra on February 23, 2010. |
| T | Transcript of Testimony of LASD Detective Michael Valento on March 3, 2010. |
| U | Transcript of Testimony of Anthony Giddens on March 3, 2010. |
| V | Transcript of Testimony of Ernie Bastarache on March 3, 2010. |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| W | Transcript of Testimony of LAPD Detective Daniel Jaramillo on February 25, 2010. |
| X | LAPD Statement Form, dated 07/31/06. |
| Y | LAPD Statement Form, date 12/10/08. |
| Z | Transcript of Testimony of LAPD Criminalist Linda French on February 19, 2010. |
| AA | Transcript of Testimony of LAPD Criminalist Nand Hart-Nibbrig on February 19, 2010. |
| BB | Transcript of Testimony of Enrique Anguiano on February 11, 2010. |
| CC | Transcript of Continued Testimony of Enrique Anguiano on February 12, 2010. |

DATED: July 20, 2010

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
KAREN I. MEYER
ELIZABETH R. YANG
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

I, **ELIZABETH R. YANG**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

<u>CD CONTAINING GOVERNMENT'S EXHIBITS A-CC IN SUPPORT OF GOV'T OPP'N TO DEF. JOHNSON'S POST-TRIAL MOTIONS</u>

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

Amy E. Jacks
Richard P. Lasting
315 E. 8th Street, #801
Los Angeles, CA   90014

This Certificate is executed on **July 20, 2010**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Elizabeth R. Yang*
ELIZABETH R. YANG

# CERTIFICATE OF SERVICE

I, **ELIZABETH R. YANG**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

<u>CD CONTAINING GOVERNMENT'S EXHIBITS A-CC IN SUPPORT OF GOV'T OPP'N TO DEF. JOHNSON'S POST-TRIAL MOTIONS</u>

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

Ellen Barry
316 West 2nd Street, Suite 1202
Los Angeles, CA  90012

This Certificate is executed on **July 20, 2010**, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Elizabeth Yang*
ELIZABETH R. YANG

## CERTIFICATE OF SERVICE

I, **ELIZABETH R. YANG**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

<u>CD CONTAINING GOVERNMENT'S EXHIBITS A-CC IN SUPPORT OF GOV'T OPP'N TO DEF. JOHNSON'S POST-TRIAL MOTIONS</u>

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

Marcia Morrissey
2115 Main Street
Santa Monica, CA  90405

This Certificate is executed on **July 20, 2010**, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Elizabeth R. Yang*
ELIZABETH R. YANG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**

G–114 (02/09)    VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING



GOVERNMENT EXHIBITS A - CC
*in support of*
GOV'T OPP'N TO DEF. JOHNSON'S
POST-TRIAL MOTIONS