

NAME Antoine L. Johnson

PRISON IDENTIFICATION/BOOKING NO. 27543-112

ADDRESS OR PLACE OF CONFINEMENT In transit

Note:    If represented by an attorney, provide name, address & telephone number. It is your responsibility to notify the Clerk of Court in writing of any change of address.

Related DDJ

FILED
CLERK U.S DISTRICT COURT
MAY 1 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

No Fee

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

v.

FULL NAME OF MOVANT Antoine Lamont Johnson
(Include name under which you were convicted)

                                    Petitioner.

RECEIVED
CLERK.U.S. DISTRICT COURT
MAY 1 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**CASE NUMBER:**

CV    CV 16 - 03419 RSWL
To be supplied by the Clerk of the United States District Court

CR    05 - 920 - RSWL
Criminal case under which sentence was imposed.

**MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**
**28 U.S.C § 2255**

## INSTRUCTIONS - READ CAREFULLY

This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any questions use reverse side of sheet.

Additional pages are not permitted. No citation or authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

Upon receipt, your motion will be filed if it is in proper order. NO FEE is required with this motion

If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in a different districts, you must file separate motions as to each judgment.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

When the motion is fully completed, the original and three (3) copies must be mailed to the Clerk of the United States District Court, whose address is 312 North Spring Street, Los Angeles, California 90012.

**MOTION**

1. Name and location of court which entered judgment of conviction under attack: United States District Court Central District of California Western Division, 312 North Spring Street, Los Angeles, CA 90012

2. Date of judgment of conviction: 3/2010

3. Length of sentence: 20 year; Life     Sentencing judge: Ronald S.W. Lew

4. Nature of offense or offenses for which you were convicted: Conspiracy and Substantive counts of interference with commerce by robbery, 18 U.S.C § 1951, and discharging a firearm during a crime of violence causing death, 18 U.S.C 924(c)(a)(iii)

 

 

5. What was your plea? *(check one)*

    ☑ Not guilty
    ☐ Guilty
    ☐ Nolo Contendere

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

 

 

 

 

 

6. Kind of trial: *(check one)*

    ☑ Jury
    ☐ Judge only

7. Did you testify at the trial?

    ☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

    ☑ Yes    ☐ No

9.  If you did appeal, answer the following:

(a) Name of court *United States Court of Appeals for the Ninth Circuit.*

(b) Result *Convictions Affirmed*

(c) Date of result *9/12/2014*

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

☑ Yes        ☐ No

11. If your answer to question number 10 was "yes", give the following information:

(a) (1) Name of Court *In The Supreme Court of the United States*

(2) Nature of proceeding *Petition for Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit.*

(3) Grounds raised *Standard of proof necessary to demonstrate the forfeiture by wrongdoing exception to the Confrontation Clause.*

(4) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes        ☑ No

(5) Result *Petition denied*

(6) Date of result *12/14/2015*

(b) (1) Name of Court _____ *N/A* _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes        ☐ No

(5) Result _____ *N/A* _____

(6) Date of result _____

(c) (1) Name of Court _____ *N/A* _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes        ☐ No

(5) Result _____

(6) Date of result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the results of action taken on any petition, application or motion?

    (1) First petition, etc.   ☐ Yes  ☑ No

    (2) Second petition, etc. ☐ Yes ☐ No

    (3) Third petition, etc.  ☐ Yes ☐ No

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

The rejection of my imposed question to the Supreme Court of the United States finalized the litigating of my direct appeal.

_____

_____

_____

12. State concisely every ground on which you claim that you are being held unlawfully.

**CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you selected one or more of these grounds for relief, you must allege facts in support of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

   (b) Conviction obtained by use of coerced confession.

   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

   (e) Conviction obtained by violation of the privilege against self-incrimination.

   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

   (g) Conviction obtained by a violation of the protection against double jeopardy.

   (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

   (i) Denial of effective assistance of counsel.

   (j) Denial of right of appeal.

MOTION
28 U.S.C § 2255

**A. Ground one:** No legal bases exist for my 924(c) conviction.

Supporting facts (tell your story briefly without citing cases or law): Conspiracy and substantive Counts of interference with commerce by robbery fails to qualify categorically as a "crime of violence" under 924(c)'s Force Clause, and 924(c)'s residual clause is unconstitutionally vague.
Conviction and sentence I ask be vacated.

**B. Ground two:** Conviction obtained by unreliable, suggestive, eyewitness identification testimony. Denial of defense expert I.D. witness was prejudice.

Supporting facts (tell your story briefly without citing cases or law): Witness testimony of Marie Palacio in respect to seeing suspect wearing dreadlock wig having gun was flawed and suggestive. Same as with witness Ray Gaines testimony that defendant Johnson's photo "looks a lot like suspect with money bag." Both witness's accounts were given over 2 years after crime. Pretrial denial request for defense's expert I.D witness (over→)

**C. Ground three:** Denial of effective assistance of Counsel

Supporting facts (tell your story briefly without citing cases or law): My trial attorney failed to present evidence in my defense in regards to my whereabouts on March 1-7, 2004, which would have contradicted prosecution's witness Jamal Dunagan's testimony of meeting me on 3/2/2004 in relation to crime. There is public transportation records and an eyewitness to account that on 3/2/2004 I wasn't in CA.

**D. Ground four:** Denial of effective assistance of appellate Counsel.
My appellate counsel failed to challenge the insufficiency of evidence to sustain my convictions.

Supporting facts (tell your story briefly without citing cases or law): Due to uncorroborated testimony from incredible government witnesses, Jamal Dunagan, and Veronica Burgess, and an insufficient showing of DNA evidence to substantiate my presence at scene of crime, couple with eyewitnesses' description of perpetrator being inconsistent with my general profile was meritous enough to challenge on direct appeal that the prosecution didn't reach its burden of 'proof beyond a reasonable doubt.' (Turn over→)

13. If any of the grounds listed in 12 A, B, C and D were not previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them: _____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

☐ Yes    ☑ No

B. (Continued) has a due process of law, and a right to defense.
Denial of my expert witness in my defense encumbered my explaining to jury
"how" and "why" both 'witnesses' identifications were flawed and unreliable
and made suggestively. Expert testimony would have balanced the weight
given to both witnesses' testimony and more likely would have affected the
Jury's verdict.

I respectfully request a new trial.


D. (Continued) Such claim warrants a judgement of acquittal. I request that this challenge
be reviewed by the appropriate court.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attached herein:

(a) At a preliminary hearing: _N/A_

(b) At arraignment and plea: _Amy E. Jacks_

(c) At trial: _Amy E. Jacks, Richard P. Lasting, 315 E. 8th st. #801, Los Angeles, CA 90014_

(d) At sentencing: _Amy E. Jacks, Richard P. Lasting, 315 E. 8th st. #801, Los Angeles, CA. 90014_

(e) On appeal: _Ethan Balogh, 235 Montgomery st., Suite 1070, San Francisco, CA 94104_

(f) In any post-conviction proceeding: _Pro-se_

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at approximately the same time?

☑ Yes      ☐ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

☐ Yes      ☑ No

(a) If so, give the name and location of the court which imposed sentence to be served in the future: _N/A_

(b) Give the date and length of sentence to be served in the future: _N/A_

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed sentence to be served in the future?

☐ Yes      ☑ No

WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _5-9-2016_
            Date

_Antone Johnson_
Signature of Movant

Antowne Johnson # 27543-112
United States Penitentiary- McCreary
P.O. Box 3000
Pine Knot, KY 42635

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 16 2016
CENTRAL DISTRICT OF CALIFORNIA
BY

USS

United States District Court
Office of the Clerk
U.S. Courthouse, Room C8
Los Angeles, California 90012

Legal Mail