United States District Court
For the Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> ANTOINE LAMONT JOHNSON, Defendant. | NO. CR 05-920-MCS-2 <br><br> <u>DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE IT'S REPLY TO GOVERNMENT, PLAINTIFF'S OPPOSITION MOTION OPPOSING COMPASSIONATE RELEASE</u> |

Defendant Antoine Lamont Johnson, hereby submits this ex parte application to request a thirty-five day extension of time to reply to the government's opposition opposing motion for compassionate release, filed September 1, 2024.

## Declaration OF ANTOINE L. JOHNSON

I, Antoine L. Johnson, declare as follows:

1. I am a pro se litigate in the case of United States v. Antoine Lamont Johnson CR 05-920-MCS, and I am currently imprisoned at United States Penitentiary-Coleman 1.

2. On July 2, 2024 I, defendant, Antoine Johnson filed a Motion for Compassionate Release. On July 16, 2024, the Court issued an order requiring the government to respond to the motion by August 30, 2024, and for defendant to the opposition by 35 days. On August 30, 2024 the government for and received a 2-day extension to file its opposition motion. On September 1, 2024 the government filed its opposition to defendant's motion.

3. At the time of receiving the government's motion, via mail - post stamped 9/3/2024, on September 10, 2024 this evening, the prison here is on lock down. It has been so since 9/8/2024 and appears to remain so for at least 10 days. Lock downs and modified lock downs are a continuance thing here at Coleman 1. When the prison is locked down, I, inmates have

Unforeseeable lockdown after 9/8/2024



# FCC Coleman

## USP-1 Coleman

## Modified Operations

On September 19, 2024, USP-1 was placed on Secured Status. This is due to numerous incidents over the last twenty-four hours involving inmates from different groups. Moving forward, a Plan of Action will be put in place to return the institution to normal operations. Your cooperation is not only appreciated but expected.

Visiting will be suspended until further notice.

_____  
Shannon D. Withers, Complex Warden

9-19-24  
Date

Antoine Johnson #27543-112
Federal Correctional Complex - Coleman 1
PO Box 1033
Coleman, FL 33521

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 25 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

TAMPA FL 335
SAINT PETERSBURG FL
20 SEP 2024 PM 6 L

Honorable Mark C. Scarsi
United States District Court
255 East Temple Street, Room 180
Los Angeles, CA 90012